**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
RE-STEEL SUPPLY COMPANY, INC.

<table>
<tr><td>                                            Plaintiff,</td><td><b><u>ORDER</u></b></td></tr>
<tr><td>           -against-</td><td><b>24-CV-3134 (JW)</b></td></tr>
</table>

LIBERTY MUTUAL INSURANCE
COMPANY,

                                            Defendant.
----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is reminding the Parties that they were directed to complete the

Proposed Management Plan and Report of Rule 26(f) Meeting at

https://nysd.uscourts.gov/hon-jennifer-e-willis and file it on ECF one week before the

scheduled conference on October 15, 2024. As of October 11, 2024, no plan was filed.

The Court directs the Parties to file the plan and report on ECF by 9:00 AM on

October 15, 2024.

SO ORDERED.

DATED:     New York, New York
               October 11, 2024

                                            *Jennifer E. Willis*
                                            JENNIFER E. WILLIS
                                            United States Magistrate Judge